satisfactorily, the amount to which he is entitled. The only proof fixing, with certainty, the price the libellant's services could command per day is, what he received in this port, which nearly corresponds with the sum admitted in the master's answer to have been given at Buenos Ayres and Bahia. The lowest and not the highest sum indicated by his evidence must, accordingly, be taken, and that will be $2 per day. The libellant having performed services not stipulated for in the contract, and which must necessarily have cost the ship more in procuring them than the wages of a seaman, he is entitled to receive that extra recompense. He will be considered as having been employed at the ordinary wages allowed per day for those services, deducting the amount paid him as monthly wages.

Let it be referred to the clerk to ascertain and report the amount payable, on the principles of this decision, allowing the vessel credit for all deductions which are properly chargeable against the libellant.

Decree accordingly.

## Case No. 4,595.

### EXCHANGE NAT. BANK OF COLUMBUS v. HARRIS.

## Case No. 4,596.

### The EXPRESS.

[1 Blatchf. 365;[1] 6 N. Y. Leg. Obs. 401; 1 Am. Law J. (N. S.) 289.]

Circuit Court; S. D. New York. Nov. 12, 1848.[2]

[1] [Reported by Samuel Blatchford, Esq., and here reprinted by permission.]

[2] [Reversing Case No. 4,598.]

Francis B. Cutting and Theodore Sedgwick, for libellant.

Washington Q. Morton and George R. J. Bowdoin for claimants.

NELSON, Circuit Justice. This is a libel filed by the owner of the yacht Mist, against the steamboat Express, for damage occasioned by a collision occurring in the port of New York.

The Mist was lying at anchor off Whitehall dock, at the usual anchorage ground for vessels of that description. The steamboat had just taken in tow, at one of the North river piers, a canal boat heavily laden with coal, for the purpose of carrying her around to the East river, there to be taken, with other boats, in tow to Albany. The canal boat was towed by a hawser some fifty fathoms in length, fastened to the stern of the steamboat, and, in coming around from the North to the East river, the latter passed on the inside of the Mist, between her and the Battery. As she came around Castle Garden, the boat in tow took a sheer out into the river, which the captain and hand on board of her, with all their exertions at the helm, could not break, by reason whereof she came in contact with the Mist, head on, abaft the forward chains, staving in her planks and timbers and doing other serious injury. The captain of the tug was warned by the master